UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOLDEN BRIDGE LLC *d/b/a* GOLDEN BRIDGE FUNDING LLC,

*Plaintiff*,

– against –

150-30 AVE REALTY LLC, *and* ANDY WEIHAN HO,

*Defendants*.

**ORDER**
23-cv-09045 (NCM) (PK)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation dated August 11, 2026, from the Honorable Peggy Kuo, United States Magistrate Judge. ECF No. 46. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for judgment as a matter of law for a final judgment

of foreclosure, ECF No. 39, is granted in part and denied in part. Final judgment shall be entered against defendants 150-30 Ave Realty LLC and Andy Weihan Ho. The Referee's Report providing a computation of $3,344,200.00 in unpaid principal, default interest, and late charges due to plaintiff is confirmed. Plaintiff shall also be awarded the following: (a) interest at the rate of $1,533.33 per diem from May 31, 2025, until the date of entry of judgment; (b) $53,794.96 in attorneys' fees; and (c) post-judgement interest at the statutory rate set forth in 28 U.S.C. § 1961. Plaintiff's request for a Bill of Costs is denied with leave to renew within 30 days after the entry of final judgment consistent with Loc. Civ. R. 54.1. Further, plaintiff's request for anticipated attorneys' fees and costs is also denied with leave to review after additional expenditures have been incurred.

The Clerk of Court is respectfully directed to enter judgment and close the case.

**SO ORDERED**.

*/s/Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: August 31, 2026
Brooklyn, New York